

# DISTRICT COURT OF MARYLAND for Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

## WRIT OF SUMMONS

Defendant: STREIFF, VALERIE ANN
Serve On : STREIFF, VALERIE ANN
Address  : 1100 OHIO DRIVE
           WASHINGTON, DC 20242

Date Filed    : Mar 7, 2019
Issue Date    : Mar 8, 2019
Case Number   : 050200029512019
Complaint No. : 002

| Trial Date | : Jun 11, 2019 |
| Trial Time | : 08:45 am |
| Trial Room | : 357B |

You are summoned to appear for trial at the date, time and location shown above. If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within sixty days of receiving this complaint. Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY Apr 7, 2019**     Robert Prender, Administrative Clerk /

CUT HERE -------------------------------------------------------------- CUT HERE

## NOTICE OF INTENTION TO DEFEND

Defendant : STREIFF, VALERIE ANN
Trial Date : Jun 11, 2019

Case # 050200029512019
Complaint # 002

Notice : If you **contest the claim** or any part thereof, you must complete this Notice of Intention to Defend and file with the court listed at the top of this summons no later than 60 days after you receive this Summons and be present in court on the trial date. If you do not appear judgment by default or the relief sought may be granted.

A **corporation** may enter an appearance only by an attorney except that an officer of the corporation may appear on its behalf if the action is based on a claim that does not exceed $5,000.00.

Any reasonable accommodation for persons with disabilities should be requested by contacting the court prior to trial.

Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

### SEE ATTACHED NOTICE FOR IMPORTANT INFORMATION
I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.

Explanation of defense : _____

___/___/20___   _____  (___)_____  (___)_____
  Date              Signature                   Work Phone              Home Phone


Address/City/State/Zip code

_____   _____
Fax number             e-Mail Address

☐ Check this box if this is a new address.


Case Num. 050200029512019

# DISTRICT COURT OF MARYLAND FOR _____

**LOCATED AT (COURT ADDRESS)**
4990 Rhode Island Avenue
HYattsville, MD 20781

**CASE NO.** CV

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☐ $5,000 or under  ☐ over $5,000  ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim
The particulars of this case are:
Please see attached Complaint

## PARTIES

**Plaintiff**
LASCHAWNDA SHARPE
9110 Springhill Lane
Greenbelt, MD 20770

**VS.**

**Defendant(s):**

1. UNITED STATES PARK POLICE
1100 Ohio Drive
Washington, DC 20242
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. VALERIE ANN STREIFF
1100 Ohio Drive
Washington, DC 20242
Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. 
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. 
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(See Continuation Sheet)
The Plaintiff claims $30,000.00, plus interest of $_____;
Interest at the ☐ legal rate ☐ contractual rate calculated at ____
%, from _____ to _____ (____ days x $____
per day) and attorney's fees of $_____ plus court costs.
☐ Return of the property and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $_____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

## ATTORNEYS

**For Plaintiff - Name, Address, Telephone Number & Code**
Lucas I. Dansie, Esquire (Code No. 013464)
406 Fifth Street, NW (Lower Level)
Washington, DC 20001
(202) 783-1597

Signature of Plaintiff/Attorney/Attorney Code
Printed Name: Lucas I. Dansie, Esquire
Address: 406 Fifth Street, NW (Lower Level), WDC 20001
Telephone Number: 202 783 1597
Fax: 202 315 2513
E-mail: lucas@dansielaw.com

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: _____

*Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.*

☒ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

Feb 12 2019
Date                                    Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

Feb 12 2019
Date                                    Signature of Affiant

DC-CV-001 (front) (Rev. 01/2016)

DISTRICT COURT FOR PRINCE GEORGES COUNTY, MARYLAND

CIVIL DIVISION

LASCHAWNDA SHARPE  :
9110 Springhill Lane  :
Greenbelt, MD 20770  :
                                              Plaintiff,  :
       Vs.  :  Case No.

UNITED STATES PARK POLICE  :
1100 Ohio Drive
Washington, DC 20242,

                    :

And

VALERIE ANN STREIFF
1100 Ohio Drive
Washington, DC 20242,
                        Defendants.  :

COMPLAINT

I.     JURISDICTION AND VENUE

1.

Under MJCP §6-103(b)(3) this Court has personal jurisdiction over the Defendants who caused a tortious injury in the State of Maryland by an act or omission in the State of Maryland.

2.

Under MJCP §6-201, venue is proper in Prince George's County in that the Defendants provide services in Prince George's County.

PARTIES

3.

Plaintiff, LaSchawnda Sharpe, is an adult resident of Prince George's County, Maryland.

4.

Defendant Valerie Ann Streiff is an adult motorist employed by the United States Park Police.

1

5.

Defendant United States Park Police owned a vehicle operated by its employee, Defendant Valerie Ann Streiff.

FACTS

6.

On March 7, 2017, Plaintiff drove her motor vehicle on the Northbound Kenilworh Avenue off-ramp approaching Greenbelt Road, in Greenbelt, Maryland. She, stopped for a red light. When the red light changed to green, she proceeded into the intersection, whereupon she was struck by a vehicle owned and operated by Defendant Valerie Ann Streiff, an agent of the Defendant United States Park Police.

7.

The Park Police vehicle ran a red light.

8.

Plaintiff was transported to hospital by an ambulance. She incurred serious physical injuries to her head and her right knee.

9.

Plaintiff's motor vehicle was damaged and Plaintiff incurred repair and rental car expenses.

**CLAIMS FOR RELIEF**

**COUNT I**

**NEGLIGENCE – PERSONAL INJURIES**

10.

Plaintiff re-alleges ¶¶ 5 - 9, *supra*.

11.

At all times relevant hereto, Defendant, Valerie Streiff, failed to pay full time and attention to the operation of her vehicle; failed to keep a proper lookout; failed to reduce speed to avoid a collision; failed to control her vehicle; failed to control her vehicle in order to avoid a

2

collision; failed to prevent her vehicle from striking the Sharpe vehicle; failed to stop for a red light, failed to operate at an appropriately reduced speed due to the traffic conditions; and, was otherwise grossly negligent in the operation of her motor vehicle acting with wanton or reckless disregard of human safety. As a direct result, Defendant, Valerie Streiff, recklessly and with gross negligence caused her vehicle to collide with the door post of the Sharpe vehicle causing Plaintiff, LaSchawnda Sharpe, to suffer serious and painful injuries to her body.

12.

As a direct and proximate result of the negligence and carelessness of the Defendant, Streiff, as alleged herein, Plaintiff, Ms. LaSchawnda Sharpe, was seriously, painfully, injured on or about her head and knee and other parts of her body; she has sustained and will in the future continue to sustain medical expenses for the care and treatment of her injuries; she has sustained and will continue to lose time from her employment, and will incur a loss of income and lost earning capacity; she has, and will in the future, continue to suffer physical pain, mental anguish, suffering, inconvenience, worry, nervous shock, disfigurement, and an interruption to her normal and daily activities, including permanent disabilities, all to her damage.

**WHEREFORE**, Plaintiff, LaSchawnda Sharpe, demands judgment of and against the Defendant, Valerie Streiff, in the amount of Thirty Thousand Dollars ($30,000.00), besides interest and cost of the suit herein.

## COUNT II

## NEGLIGENCE- PROPERTY DAMAGE

13.

Plaintiff, LaSchawnda Sharpe incorporates by reference the factual allegations contained in ¶¶ 5 through 11 of this Complaint as if fully set forth herein.

14.

As a direct and proximate result of the negligence or gross negligence of Defendant Streiff as alleged, Plaintiff, LaSchawnda Sharpe, has sustained damage to her motor vehicle and a loss of use of her motor vehicle all to her damage.

WHEREFORE, Plaintiff, LaSchawnda Sharpe, demands judgment of and against: the Defendant, Valerie Streiff, in the amount of Thirty Thousand Dollars ($30,000.00) besides interest and cost of the suit herein.

## COUNT III

## FEDERAL TORT CLAIMS ACT

15.

Plaintiff, LaSchawnda Sharpe, incorporates by reference the factual allegations contained in ¶¶ 5 through 14 of this Complaint as if fully set forth herein.

16.

At all times relevant hereto, Defendant Valerie Streiff was employed by the Defendant National Park Service and was acting within the scope of her employment operating with negligence or gross negligence a vehicle owned, on information and belief, by the Defendant National Park Service.

## COUNT IV

## NEGLIGENT HIRING, TRAINING AND SUPERVISION

17.

Plaintiff, LaSchawnda Sharpe, incorporates by reference the factual allegations contained in ¶¶ 5 through 16 of this Complaint as if fully set forth herein.

18.

Agents of Defendant, National Park Service, negligently hired, trained and supervised Defendant Valerie Streiff, resulting in Defendant Streiff operating the aforesaid National Park Service vehicle in a negligent or grossly negligent manner.

**WHEREFORE**, Plaintiff, LaSchawnda Sharpe, demands judgment of and against the Defendant, National Park Service in the amount of $30,000.00 (Thirty Thousand Dollars), besides interest and cost of the suit herein

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests

a. Compensatory damages in the amount of Thirty Thousand Dollars ($30,000.00)

b. Punitive damages.

    c. Pre-and post-judgment interest.

    d. Costs and Attorney fees

    e. Such other and further relief as the Court deems just.

Respectfully submitted,

DANSIE & DANSIE, LLP

_____
By: Lucas I. Dansie, Esquire
406 Fifth Street, NW (Lower Level)
Washington, DC 20001
(202) 783-1597
william@dansielaw.com

## CERTIFICATION OF OUT-OF-STATE ATTORNEY

I hereby certify that I am a member in good standing of the Maryland Court of Appeals.

_____
Lucas I. Dansie, Esquire